In the Matter of the Application of BOULEVARD BUILDING COR-
PORATION, Petitioner, for Payment of an Award in Condemna-
tion Proceedings (Calamus Ave., Borough of Queens).

Supreme Court, Special Term, Kings County, April 1, 1943.

*Harold C. Krieger* for petitioner.

*Thomas D. Thacher, Corporation Counsel (Ten Broeck S.
Imlay* of counsel), for City of New York.

*Nathaniel L. Goldstein, Attorney-General (Harry Kirshbaum*
of counsel), for State of New York.

LOCKWOOD, J. The corporation applying for payment of the
award was dissolved by proclamation on December 15, 1942,
pursuant to section 203-a of the Tax Law. It filed no franchise
tax reports for the years 1938 to 1941, inclusive, and it is not
disputed that it owes franchise taxes to the State for these
years in an unliquidated amount, which may be computed upon
the filing by the corporation of its franchise tax reports for
those years. Petitioner contends that unpaid franchise taxes do
not become a lien upon the personal property of a corporation
until the issuance of a warrant for their collection to the
sheriff and the docketing thereof with the county clerk. The
amount of the tax may not be computed and no warrant may
be issued for its collection, unless the franchise tax reports are
filed. There is no question here of whether the unpaid taxes
are a lien on the award. It is not disputed that the taxes are
unpaid and this dissolved corporation wishes to collect the
award, which it would unquestionably dissipate, leaving the
taxes unpaid. The motion is granted to the extent that the
award shall be paid to petitioner, subject to payment of the
unpaid franchise taxes.